IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PHILLIP GARY SISSON, #213 343, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAILROOM ADMINISTRATOR, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 2:10-cv-248-TMH |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #3) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #3) of the Magistrate Judge is ADOPTED. It is further

ORDERED that this case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404. The Clerk of Court is directed to effectuate such transfer.

Done this 26th day of April, 2010.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE